UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                            Plaintiffs,

      -against-

CAREWELL INC., et al.

                            Defendants.
------------------------------------------------X

Docket No.:
1:22-cv-00745 (EK)(RML)

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO CAREWELL INC. D/B/A ELITE DRUGS & SURGICAL SUPPLY AND ILYA ILYAYEV

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, the "Plaintiffs"), and counsel for Defendants, Carewell Inc. d/b/a Elite Drugs & Surgical Supply and Ilya Ilyayev ("Carewell Defendants"), that all claims in this action asserted by Plaintiffs against Certain Defendants are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41.

RIVKIN RADLER LLP

By: _____
     Michael A. Sirignano, Esq.
     Barry I. Levy, Esq.
     Joshua D. Smith, Esq.
     Priscilla D. Kam, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000
*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company*

GARY TSIRELMAN, P.C.

By: _____
     Nicholas Paul Bowers, Esq.
129 Livingston Street
Brooklyn, NY 11201
(718) 438-1200

*Counsel for Defendants, Carewell Inc. d/b/a Elite Drugs & Surgical Supply and Ilya Ilyayev*

6114194.v1